**DISMISS: and Opinion Filed March 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00350-CV

### IN RE STEPHEN AARON BERGENHOLTZ, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51444-2008**

## MEMORANDUM OPINION
Before Justices Bridges, Stoddart, and Schenck
Opinion by Justice Schenck

Relator filed this petition for writ of habeas corpus complaining of the trial court's order holding him in contempt of court. On March 24, 2015, the trial court ordered relator released from the custody of the Collin County sheriff. The sheriff has advised the Court by affidavit that relator was released that same day. Accordingly, the petition for writ of habeas corpus is moot. *Ex Parte Mascorro,* 2011 WL 6009095, at *1 (Tex. App.—San Antonio 2011, orig. proceeding) ("Because relator is no longer confined, we have determined this petition is now moot."); *Ex Parte Harasmisz,* 2011 WL 5080341, at *1 (Tex. App.—San Antonio 2011, orig. proceeding) (same); *In re Okumu,* (Tex. App.—Fort Worth 2009, orig. proceeding) ("We have been informed by the trial court that it has directed the relator's release from confinement, and the Tarrant County Sheriffs has informed us that relator has been released from confinement. Accordingly, relator's petition for writ of habeas corpus is dismissed as moot).

We **DISMISS** the petition for writ of habeas corpus as moot.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150350F.P05